UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80071-CIV-MARRA/SELTZER

SANDRA BELLIN, individually, and
as legal guardian for her husband,
ARTHUR BELLIN

   Plaintiff,

vs.

LA PENSEE CONDOMINIUM ASSOCIATION,
INC., and NANCY SAN PEDRO

   Defendants.
_____/

## AGREED ORDER TO ENLARGE DISCOVERY DEADLINES

Upon representation that it is agreed to by the Parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The deadline for discovery in this matter shall be extended sixty (60) days, or until February 1, 2006;

2. The deadline for pretrial motions in this matter shall be extended sixty (60) days, or until March 1, 2006;

3. Because of the extension of these deadlines, the Court may not have sufficient time to resolve any dispositive motions before the scheduled trial date, which may result in a delay of the trial date.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of October, 2005.

                KENNETH A. MARRA
                United States District Judge

Copies furnished to:
Matthew Dietz, Esq.
Guy M. Shir, Esq.